

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00238-CV

| | | |
|---|---|---|
| LIVE SYSTEMS, LLC, Appellant | § | On Appeal from the 415th District Court |
| V. | § | of Parker County (CV23-0544) |
| | § | January 18, 2024 |
| HARTFORD FIRE INSURANCE COMPANY AND IMPERIAL CONSTRUCTION, INC., Appellees | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Live Systems, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth